1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  MOLLY A. SMOLEN (CABN 293328)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6779
7      FAX: (415) 436-7234
       Molly.smolen@usdoj.gov
8
   Attorneys for United States of America
9

FILED

OCT 21 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

10                    UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13                                    )  CASE NO. 19-71693
                                      )
   UNITED STATES OF AMERICA,          )
14                                    )  [PROPOSED] ORDER GRANTING PETITION
          Plaintiff,                  )  FOR WRIT OF HABEAS CORPUS AD
15                                    )  PROSEQUENDUM
              v.                      )
16                                    )
   MIGUEL A BUCIO SANCHEZ,            )
17                                    )
          Defendant.                  )
18

19        Upon motion of the United States of America, and good cause appearing therefore,

20   IT IS HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas

21   Corpus Ad Prosequendum requiring the production of defendant MIGUEL A BUCIO SANCHEZ,

22   before this Court on the date stated in the Writ submitted, or as soon thereafter as practicable, and

23   requiring that the defendant be present for all future hearings, is granted and the Writ shall be issued as

24   presented.

25

26   DATED: 21 Oct 2019

                                        Hon. Bernard Zimmerman
27                                      United States Magistrate Judge
28

     [PROPOSED] ORDER
     CASE NO. 19-71693

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:    DONALD M. O'KEEFE, United States Marshal for the Northern District of California or and

San Mateo County Sheriff's Office, 330 Bradford Street, Redwood City, CA 94063 and /or any

of his authorized deputies:

      Pursuant to the foregoing petition and order, you are directed to produce the body of MIGUEL A

BUCIO SANCHEZ, who is in the custody of San Mateo County Sheriff's Office, before the Honorable

Bernard Zimmerman, United States Magistrate Judge for the Northern District of California, located at

the San Francisco Federal Courthouse, located at 450 Golden Gate Avenue 15th Floor, San Francisco,

California 94102 on October 21, 2019, at 10:30 a.m., or as soon thereafter as practicable, on the charges

filed against defendant in the above-entitled Court and further to produce said defendant at all future

hearings as necessary until the termination of the proceedings in this Court.

      Should the current custodian release MIGUEL A BUCIO SANCHEZ from its custody, you are

directed that the defendant immediately be delivered and remanded to the U.S. Marshals for the

Northern District of California and/or his authorized deputies under this Writ.

DATED: ___10/21/19___

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____

DEPUTY CLERK

1   DAVID L. ANDERSON (CABN 149604)
    United States Attorney
2
    HALLIE HOFFMAN (CABN 210020)
3   Chief, Criminal Division

4   MOLLY A. SMOLEN (CABN 293328)
    Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6779
7       FAX: (415) 436-7234
        Molly.smolen@usdoj.gov
8
    Attorneys for United States of America
9
                        UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11
                           SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,          )   CASE NO.  19-71693
                                       )
14          Plaintiff,                 )
                                       )   PETITION FOR WRIT OF HABEAS CORPUS
15          v.                         )   AD PROSEQUENDUM
                                       )
16  MIGUEL A BUCIO SANCHEZ,            )
                                       )
17          Defendant.                 )
                                       )
18  _____)

19  TO:     The Honorable Bernard Zimmerman, United States Magistrate Judge for the Northern District of

20          California:

21

22          Assistant United States Attorney Molly A. Smolen respectfully requests that the Court issue a

23  Writ of Habeas Corpus Ad Prosequendum for the person of prisoner MIGUEL A BUCIO SANCHEZ,

24  whose place of custody or jailor are set forth in the requested Writ, attached hereto.

25          The prisoner, MIGUEL A BUCIO SANCHEZ, is required to appear as a defendant in the above-

26  entitled matter in this Court on the date identified in the writ and for all future hearings, and therefore

27  petitioner prays that the Court issue the Writ as presented.

28

Dated: October 21, 2019

Respectfully Submitted,

DAVID L. ANDERSON
United States Attorney

_____/s/_____
Molly A. Smolen
Assistant United States Attorney