1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  MOLLY A. SMOLEN (CABN 293328)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6779
7      FAX: (415) 436-7234
       Molly.smolen@usdoj.gov
8
   Attorneys for United States of America
9
                      UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                           SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,        ) CASE NO. 19-71693
                                      )
14 |     Plaintiff,                   )
                                      )
15 |     v.                           ) REVISED PETITION FOR WRIT OF HABEAS
                                      ) CORPUS AD PROSEQUENDUM
16 | MIGUEL A BUCIO SANCHEZ,          )
                                      )
17 |     Defendant.                   )
                                      )
18 |_____ )

19 TO:  The Honorable Bernard Zimmerman, United States Magistrate Judge for the Northern District of
20      California:

21

22      Assistant United States Attorney Molly A. Smolen respectfully requests that the Court issue a

23 Writ of Habeas Corpus Ad Prosequendum for the person of prisoner MIGUEL A BUCIO SANCHEZ,

24 whose place of custody or jailor are set forth in the requested Writ, attached hereto.

25      The prisoner, MIGUEL A BUCIO SANCHEZ, is required to appear as a defendant in the above-

26 entitled matter in this Court on the date identified in the writ and for all future hearings, and therefore

27 petitioner prays that the Court issue the Writ as presented.

28

| | | |
|---|---|---|
| 1 | Dated: October 21, 2019 | Respectfully Submitted, |
| 2 | | DAVID L. ANDERSON |
| 3 | | United States Attorney |
| 4 | | _____/s/_____ |
| 5 | | Molly A. Smolen<br>Assistant United States Attorney |

DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MOLLY A. SMOLEN (CABN 293328)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6779
    FAX: (415) 436-7234
    Molly.smolen@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MIGUEL A BUCIO SANCHEZ,<br><br>    Defendant. | CASE NO. 19-71693<br><br>[PROPOSED] ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

Upon motion of the United States of America, and good cause appearing therefore, IT IS HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant MIGUEL A BUCIO SANCHEZ, before this Court on the date stated in the Writ submitted, or as soon thereafter as practicable, and requiring that the defendant be present for all future hearings, is granted and the Writ shall be issued as presented.

DATED: 2 Oct 2019

                                            Hon. Bernard Zimmerman
                                            United States Magistrate Judge

# WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: DONALD M. O'KEEFE, United States Marshal for the Northern District of California or and San Mateo County Sheriff's Office, 330 Bradford Street, Redwood City, CA 94063 and /or any of his authorized deputies:

Pursuant to the foregoing petition and order, you are directed to produce the body of MIGUEL A BUCIO SANCHEZ, who is in the custody of San Mateo County Sheriff's Office, before the Honorable Bernard Zimmerman, United States Magistrate Judge for the Northern District of California, located at the San Francisco Federal Courthouse, located at 450 Golden Gate Avenue 15th Floor, San Francisco, California 94102 on October 21, 2019, at 10:30 a.m., or as soon thereafter as practicable, on the charges filed against defendant in the above-entitled Court and further to produce said defendant at all future hearings as necessary until the termination of the proceedings in this Court. The United States Attorney and the District Attorney of San Mateo County agree that Defendant MIGUEL A BUCIO SANCHEZ will remain in federal custody for the duration of this case.

Should the current custodian release MIGUEL A BUCIO SANCHEZ from its custody, you are directed that the defendant immediately be delivered and remanded to the U.S. Marshals for the Northern District of California and/or his authorized deputies under this Writ.

DATED: 10/21/2019

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 19-71693

